UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**GERARD LATHAN SMITH**

**CRIMINAL**

**NO.   14-106-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.77) dated August 24, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 63) is DENIED with prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability shall be DENIED, if sought.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 18, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**